## STATE OF CONNECTICUT *v.* ROBERT HORROCKS

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 57 Conn. App. 32 (AC 17653), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Harry Weller*, senior assistant state's attorney, in support of the petition.

*Lauren Weisfeld*, assistant public defender, in opposition.

Decided May 4, 2000

## JEANINE DIXON *v.* UNITED ILLUMINATING COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 57 Conn. App. 51 (AC 18360), is denied.

*George J. Markley*, in support of the petition.

*Andrew A. Cohen*, in opposition.

Decided May 4, 2000